THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Sean Daughtery,       
Appellant,
 
 
 

Appeal From Saluda County
William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2003-UP-606
Submitted August 20, 2003  Filed October 
 20, 2003 

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, Office of Appellate 
 Defense, of Columbia, for Appellant.
Deputy Director for Legal Services 
 Teresa A. Knox, Legal Counsel Tommy Evans, Jr., and Legal Counsel J. Benjamin 
 Aplin, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Sean Daughtery appeals from 
 his probation revocation, arguing that the trial court abused its discretion 
 by disregarding certain probation violations.  Daughterys counsel attached 
 to the brief a petition to be relieved as counsel, stating that he had reviewed 
 the record and concluded this appeal lacks merit.  After a thorough review of 
 the record and counsels brief pursuant to Anders v. California, 386 
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss [1] Daughterys 
 appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.